The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. JOHN M. SHEERAN, and<br>3. KEVIN HARPER,<br><br>Defendants. | NO. CR24-184-RSM-1-3<br><br>**ORDER TO CONTINUE PRETRIAL MOTIONS DEADLINE** |

The Court has read and considered the Agreed Motion to Continue the Pretrial Motions Deadline filed by the parties in this matter. The Court finds that the Motion, which the Court incorporates by reference in this Order, demonstrates facts that support a continuance of the current pretrial motions deadline in the above-captioned cases.

///

///

ORDER TO CONTINUE PRETRIAL MOTIONS DEADLINE - 1
*United States v. Sheeran, et al.*, CR24-184-RSM-1-3

UNITED STATES ATTORNEY
1000 SW THIRD AVENUE, SUITE 600
PORTLAND, OREGON 97204
(503) 727-1000

THEREFORE, FOR GOOD CAUSE SHOWN, the pretrial motions deadline in the above captioned cases shall be continued to December 17, 2024.

IT IS SO ORDERED.

DATED this 8th day of November, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Robert S. Trisotto*
ROBERT S. TRISOTTO
Special Attorney, Acting Under
Authority Conferred by 28 U.S.C. § 515
CINDY CHANG
Assistant United States Attorney

ORDER TO CONTINUE PRETRIAL MOTIONS DEADLINE - 2
*United States v. Sheeran, et al.*, CR24-184-RSM-1-3

UNITED STATES ATTORNEY
1000 SW THIRD AVENUE, SUITE 600
PORTLAND, OREGON 97204
(503) 727-1000