The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. SHEERAN, *et al.*,<br><br>Defendants. | NO. CR24-184-RSM-1-2-3-4-5<br><br>**ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT** |

The Court has read and considered the Joint Motion for (1) Continuance of Trial Date and (2) Findings of Excludable Time Under Speedy Trial Act, filed by the parties in this matter. The Court finds that the Joint Motion, which the Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time under the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense

ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING
EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT - 1
*United States v. Sheeran, et al.*, CR24-184-RSM

UNITED STATES ATTORNEY
1000 SW THIRD AVENUE, SUITE 600
PORTLAND, OREGON 97204
(503) 727-1000

counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (iv) the time period of December 30, 2024 (John Sheeran and Kevin Harper) and January 21, 2025 (Michael Barquet, Darryl Peterson, and Katrina Cazares) to October 14, 2025, constitutes a reasonable period of delay for defendants.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued to October 14, 2025, at 9:00 a.m. The pretrial conference will be set by the Court at a later date.

2. The following pretrial dates and deadlines apply in this case:

| Event | Deadline |
| --- | --- |
| Motions filing date | August 5, 2025 (70 days before trial) |
| Motion response date | August 26, 2025 (49 days before trial) |
| Motion reply date | September 9, 2025 (35 days before trial) |
| Motions Noting Date | September 9, 2025 (35 days before trial) |
| United States' Notice of 404(b) Evidence | August 5, 2025 (70 days before trial) |
| Expert Disclosure for United States' Case-in-Chief | August 5, 2025 (70 days before trial) |
| Expert Disclosure for Defense Case-in-Chief | August 5, 2025 (70 days before trial) |
| Rebuttal Expert Disclosures | September 9, 2025 (35 days before trial) |
| Exhibit List Filing Date | September 16, 2025 (28 days before trial) |
| United States' Trial Brief Filing Date | September 16, 2025 (28 days before trial) |
| Disclosure of United States' Witness List | September 16, 2025 (28 days before trial) |
| United States' Proposed Jury Instructions Filing Date | September 16, 2025 (28 days before trial) |
| Defense Trial Brief Filing Date | September 23, 2025 (21 days before trial) |

ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT - 2
*United States v. Sheeran, et al.*, CR24-184-RSM

UNITED STATES ATTORNEY
1000 SW THIRD AVENUE, SUITE 600
PORTLAND, OREGON 97204
(503) 727-1000

| Disclosure of Defense Witness List | September 23, 2025 (21 days before trial) |
|---|---|
| Defense Proposed Jury Instructions Filing Date | September 23, 2025 (21 days before trial) |
| Motions *In Limine* Filing Date | September 23, 2025 (21 days before trial) |
| Responses to Motions *In Limine* | September 30, 2025 (14 days before trial) |
| United States' Supplemental Proposed Jury Instructions Filing Date | October 7, 2025 (7 days before trial) |

IT IS SO ORDERED.

DATED this 2nd day of December, 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Robert S. Trisotto*
ROBERT S. TRISOTTO
Special Attorney, Acting Under
Authority Conferred by 28 U.S.C. § 515
CINDY CHANG
Assistant United States Attorney

ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING
EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT - 3
*United States v. Sheeran, et al.*, CR24-184-RSM

UNITED STATES ATTORNEY
1000 SW THIRD AVENUE, SUITE 600
PORTLAND, OREGON 97204
(503) 727-1000