The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN M. SHEERAN, et al., <br><br> Defendants. | NO. 24-cr-00184-RSM <br><br> ORDER GRANTING UNOPPOSED JOINT MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

The Court has read and considered the Unopposed Joint Motion for (1) Continuance of Trial Date and Pretrial Motions Deadline and (2) Findings of Excludable Time Under Speedy Trial Act, filed by the parties in this matter. The Court finds that the Unopposed Motion, which the Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time under the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny

defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (iv) the time period of October 14, 2025, to April 20, 2026, constitutes a reasonable period of delay for defendants.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued to April 20, 2026, at 9:00 a.m.

2. The following pretrial dates and deadlines apply in this case:

| Event | Deadline |
| --- | --- |
| Motions filing date | February 9, 2026 (70 days before trial) |
| Motion response date | March 2, 2026 (49 days before trial) |
| Motion reply date | March 16, 2026 (35 days before trial) |
| Motions Noting Date | March 16, 2026 (35 days before trial) |
| United States' Notice of 404(b) Evidence | February 9, 2026 (70 days before trial) |
| Expert Disclosure for United States' Case-in-Chief | February 9, 2026 (70 days before trial) |
| Expert Disclosure for Defense Case-in-Chief | February 9, 2026 (70 days before trial) |
| Rebuttal Expert Disclosures | March 16, 2026 (35 days before trial) |
| Exhibit List Filing Date | March 23, 2026 (28 days before trial) |
| United States' Trial Brief Filing Date | March 23, 2026 (28 days before trial) |
| Disclosure of United States' Witness List | March 23, 2026 (28 days before trial) |
| United States' Proposed Jury Instructions Filing Date | March 23, 2026 (28 days before trial) |
| Defense Trial Brief Filing Date | March 30, 2026 (21 days before trial) |
| Disclosure of Defense Witness List | March 30, 2026 (21 days before trial) |

[PROPOSED] ORDER GRANTING UNOPPOSED JOINT MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE – 2

skellenger bender

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501

| Event | Deadline |
|---|---|
| Defense Proposed Jury Instructions Filing Date | March 30, 2026 (21 days before trial) |
| Motions *In Limine* Filing Date | March 30, 2026 (21 days before trial) |
| Responses to Motions *In Limine* | April 6, 2026 (14 days before trial) |
| United States' Supplemental Proposed Jury Instructions Filing Date | April 13, 2026 (7 days before trial) |

IT IS SO ORDERED.

DATED this 13th day of May, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

 *s/ Jennifer Wellman*
Jennifer Wellman, WSBA No. 29193
Peter Offenbecher, WSBA No. 11920
SKELLENGER BENDER, P.S.
Attorneys for John Sheeran


 *s/ Timothy Lohraff*
Timothy R. Lohraff, WSBA No. 32145
LAW OFFICE OF TIMOTHY LOHRAFF, P.S.
Attorney for Michael Barquet


 *s/ Teymur Askerov*
Teymur Askerov, WSBA No. 45391
BLACK & ASKEROV PLLC
Attorney for Katrina Cazares