The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

JOHN M. SHEERAN, et al.,

          Defendants.

NO. 24-cr-00184-RSM

ORDER GRANTING MOTION TO SEAL PROTECTIVE ORDER

This Court has considered the Motion to Seal Protective Order for the Defense's visit of the King County Correctional Facility.

ORDERED that the Motion to Seal Protective Order is GRANTED and that the protective order shall remain under seal.

Dated this __31st__ day of March 2026.

_____
THE HON. RICARDO S. MARTINEZ
UNITED STATES JUDGE

Presented by:

    *s/ Jennifer Wellman*
_____
Jennifer Wellman, WSBA No. 29193
SKELLENGER BENDER, P.S.
Attorneys for John Sheeran

[PROPOSED] ORDER GRANTING MOTION TO SEAL
PROTECTIVE ORDER – 1

skellenger **bender**

520 - Pike Street, Suite 1001
Seattle, Washington 98101-4092
(206) 623-6501