The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-184-RSM-1 |
| Plaintiff, | |
| v. | SUPERSEDING FELONY INFORMATION |
| JOHN M. SHEERAN, | |
| Defendant. | |

The United States charges that:

## COUNT 1

**(Misprision of Felony)**

On or about May 15, 2023, in King County, within the Western District of Washington, the defendant, JOHN M. SHEERAN, having knowledge of the actual commission of a felony recognizable by a court of the United States, to wit, Possession with Intent to Distribute Buprenorphine, did conceal the same, and did not as soon as possible make known the same to some judge or other person in civil or military

//

//

Superseding Felony Information - 1
*United States v. Sheeran*, CR24-184-RSM-1

UNITED STATES ATTORNEY
1000 THIRD AVENUE, SUITE 600
PORTLAND, OREGON 97204
503-727-1000

authority under the United States.

All in violation of Title 18, United States Code, Section 4.

DATED this 6th day of May, 2026

SCOTT E. BRADFORD
United States Attorney
District of Oregon


*/s/ Robert S. Trisotto*
ROBERT S. TRISOTTO
Special Attorney, Acting Under Authority
Conferred by 28 U.S.C. § 515

*/s/ Cindy Chang*
CINDY CHANG
Assistant United States Attorney

Superseding Felony Information - 2
*United States v. Sheeran*, CR24-184-RSM-1

UNITED STATES ATTORNEY
1000 THIRD AVENUE, SUITE 600
PORTLAND, OREGON 97204
503-727-1000